UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jane Doe, by and through her guardians, Gregory and Michelle Johnson; Gregory and Michelle Johnson; and John and Jane Does #1-10,<br>    Plaintiffs,<br>vs.<br><br>South Carolina Department of Social Services (SCDSS); Kameron Seth Cox; Titsa M. Flesch; Healthy Minds, LLC; Debby Thompson; and John and Jane Roes #1-10,<br>    Defendants.<br>_____ | C/A No.: 3:06-3663-JFA |
| Jane Doe, by and through her guardians, Gregory and Michelle Johnson; Gregory and Michelle Johnson; and John and Jane Does #1-10,<br>    Plaintiffs,<br>vs.<br><br>South Carolina Department of Social Services; Directors Elizabeth G. Patterson, Kim S. Aydlette; Managerial Roes #1-10; Supervisory Roes #1-10; Caseworker Roes #1-10; Foster Parent Roes #1-10.<br>    Defendants.<br>_____ | C/A No.: 3:07-1629-JFA<br><br>**ORDER** |

This matter comes before the court on a Mandate of the United States Court of Appeals for the Fourth Circuit. The Court of Appeals has vacated this Court's order granting Defendant South Carolina Department of Social Services' Motion for Summary Judgment with respect to Plaintiffs' state law claim for gross negligence and remanded the claim for

further consideration. Because this state law claim is the only remaining cause of action in this suit, the Court is inclined to remand this matter to state court. Before doing so, however, the Court invites the parties to brief whether or not the court should remand this matter, and the briefs should be filed with the Court by **September 28, 2010**.

    IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

September 13, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge